

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Jeffrey Mickens, Appellant

No. 06-19-00198-CR        v.

The State of Texas, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2018-C-084). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of court costs in this case. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jeffrey Mickens, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 9, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk